App. Div.]       First Department, February, 1913.

Patrick A. Fogarty v. William P. Fogarty.—Motion granted, unless appellant complies with terms stated in order. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Louisa Schultz v. Louis Vogel. (3 cases.)—Motions granted, unless appellant complies with terms stated in order. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Florence R. Weeks v. Rodisi Holding Company.—Motion granted, unless appellant complies with terms stated in order. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Val Trainor v. White Rats Actors' Union.—Motion granted, unless appellant complies with terms stated in order. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Prudential Vaudeville Exchange v. L. D. McIntosh.—Motion granted, unless appellant complies with terms stated in order. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Frederick Kopf v. Robert S. Ross. John C. Watson v. Gingold Realty Company.—Motions granted, with ten dollars costs. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Lillie Adolphi v. Vincenzo Inglima. Alfred Czerzeny v. National Fire Insurance Company of Hartford. Alfred Czerzeny v. National Fire Insurance Company of Hartford. Leo F. Giblyn v. Wallace D. Taylor. Samuel Geiger v. Jacob Rapoport (2 cases). John F. Hume v. Julius Mautner. Mabel F. Hume v. Julius Mautner.—Applications denied, with ten dollars costs in each case. Orders signed. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Frank C. Goodyear v. H. J. Koehler Company.—Application granted. Order signed. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York v. Edgar R. Jackson.—Motion granted; time extended to March 10, 1913. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Elizabeth A. Valentine v. John H. Valentine.—Motion denied, without costs. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Jacob Nudelman v. Bordens Milk Company. Hyman Nudelman v. Bordens Milk Company.—Motion granted. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Ludwig Flecker v. Hudson and Manhattan Railway Company.—Motion denied, with ten dollars costs. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Charles S. Danziger v. Joseph Gottlieb.—Motion denied, with ten dollars costs. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of the Public Service Commission.—Motion denied. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Henry Bergman.—Referred to official referee. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.